


FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 13 2011

Stephan Harris, Clerk
Cheyenne

DEC 8 2011

AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

George James            **SUMMONS IN A CIVIL CASE**

V.        Case Number: 11-CV-368-J

Cheryl Wadas; Wadas Law Office

TO: (Name and address of Defendant)
Cheryl Wadas
602 East 20th Street
Cheyenne, Wyoming 82001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
George James
3422 Cribbon Avenue
Cheyenne, WY 82001

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Stephan Harris        12/8/11

CLERK                         DATE

(By) DEPUTY CLERK

AO440 (Rev. 8/01) Summons in a Civil Case

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me | DATE December 12, 2011 |
| NAME OF SERVER (PRINT) A.K. Murray | TITLE Deputy Sheriff, C40 |

*Check one box below to indicate appropriate method of service*

❏ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Jerri Sandelian, Secretary

❏ Returned unexecuted: _____

❏ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on  12/12/2011
            Date

Signature of Server

1910 Pioneer Ave., Cheyenne, WY 82001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.