FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**DEC 1 3 2011**

Stephan Harris, Clerk
Cheyenne



%AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

George James

      V.

Abby Shadakofsky d/b/a Personal
Collection Service

**SUMMONS IN A CIVIL CASE**

**Case Number:** _11-CV-368-J_

TO: (Name and address of Defendant)
Abby Shadakofsky
1616 East 19th Street #6
Cheyenne, Wyoming 82001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name
and address)
George James
3422 Cribbon Avenue
Cheyenne, WY 82001

an answer to the complaint which is served on you with this summons, within __21__ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you
serve on the parties to this action must be filed with the Clerk of this Court within a reasonable
period of time after service.

~~Stephan Harris~~

CLERK

(By) DEPUTY CLERK

DATE    12/8/11

℀AO440 (Rev. 8/01) Summons in a Civil Case

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE  DECEMBER 12,2011 |
| NAME OF SERVER (PRINT) A.K. MURRAY | TITLE DEPUTY SHERIFF, C4D |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1616 E 19st #6, CHEYENNE, WY 82001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12|12|2011
        Date

Signature of Server  C4D

1910 PIONEER AVE., CHEYENNE, WY 82001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.