# CIVIL MINUTE SHEET
# STATUS / SCHEDULING CONFERENCE



FILED
**Stephan Harris**
**Clerk of Court**
8:52 am, 5/2/12

X Initial Pretrial Conference
☐ Telephonic
☐ Status
☐ Scheduling

Date: May 2, 2012
Time: 8:30 - 8:50
Case Number: 11-CV-368-J

GEORGE JAMES  VS  CHERYL WADAS, ET AL

| Alan B. Johnson | Carissa Coursey | Sherrill Veal | Julie Thomas |
|---|---|---|---|
| Judge | Clerk | Law Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):   George James (Pro Se)

Attorney(s) for Defendant(s):   Cheryl Wadas: Lindsay Ann Woznick; Abby Shadakofsky (Pro Se)

Other   Defendant Shadakofsky to supplement her discovery responses within the next 10 days.

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline | |
| Defendant Expert Witness Designation Deadline | |
| Discovery Due | 6/15/12 |
| Other Fact Witnesses Deadline | |
| Stipulation Deadline | |
| Dispositive Motions Hearing | |
| ☐ Including Daubert Challanges | |
| Defendant Motion Filing Deadline | 7/12/12; Response due 8/3/12; Reply due 8/10/12 |
| ☐ Including Daubert Challanges | |
| Final Pretrial Conference Set | Joint Pretrial Memo due 10/1/12; Conference set for 11/15/12 at 8:30 AM |
| Jury Trial Set | 12/17/12 at 1:30 PM (stacked #1 on the civil docket) |

Other