FILED



*9:36 am, 7/6/12*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

GEORGE JAMES,

          Plaintiff,

vs.

CHERYL WADAS and WADAS LAW OFFICE, and ABBY SHADAKOFSKY, dba Personal Collection Service,

          Defendants.

**NOTICE**

Case Number: 11-CV-368-J
Interpreter Needed: NO

TYPE OF CASE:

**Civil**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #2 | Alan B. Johnson, United States District Judge |
| | DATE AND TIME<br>September 11, 2012 at 8:30 am |

TYPE OF PROCEEDING

Hearing on Summary Judgment

STEPHAN HARRIS
Clerk of Court

July 6, 2012
Date

Linda G. Burke
Deputy Clerk

TO:
Counsel of Record

Court Reporter