# CIVIL MINUTE SHEET
# MOTION HEARING

☐ Telephonic



**FILED**
*9:54 am, 9/11/12*
**Stephan Harris**
**Clerk of Court**

Date  09/11/12

Time  8:41-9:54              Case No.  11-CV-368-J

GEORGE JAMES   VS   CHERYL WADAS ET AL

| Alan B. Johnson | Josie Saenz | Julie Thomas | Sherrill Veal |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   George James Pro/Se-present

Attorney(s) for Defendant(s)   Thomas Nicolas III-present for Lindsay Woznick, Ronald Lopez, Abby Shadakofsky

Witness(es) for Plaintiff(s)
Witness(es) for Defendant(s)

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 20 | Summary Judgment | Granted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☐ Briefs to be filed on or before _____ by _____
                                   _____ by _____

☑ Order to be prepared by   ☑ Court   ☐ Attorney _____
☐ Attorney _____                    Admitted *pro hac vice*

Other proceedings