2012 SEP 13  PM 2 42

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

GEORGE JAMES,                          )
                                       )
    Plaintiff,                     )
                                       )
             v.                 )          Case No. 11-CV-368J
                                       )
                                       )
CHERYL WADAS and WADAS LAW             )
OFFICE, and ABBY SHADAKOFSKY, dba      )
Personal Collection Service,           )
                                       )
    Defendants.                    )

### JUDGMENT

The Court has entered its separate "Order Granting "Defendants Cheryl Wadas and Wadas Law Office's Motion for Summary Judgment," finding that judgment should be entered in favor of defendants, Cheryl Wadas and Wadas Law Office.  Accordingly, it is therefore

**ORDERED, ADJUDGED AND DECREED** that plaintiff George James recover nothing of the defendants, Cheryl Wadas and Wadas Law Office, and that the defendants recover their costs, pursuant to Fed. R. Civ. P. 54.

Dated this _13th_ day of September 2012.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE