Abby Shadakofsky d/b/a
Personal Collection Service
1616 East 19th Street  Suite #6
P. O. Box 2202
Cheyenne, Wyoming 82003-2202
Phone (307) 632-1400
Fax    (307) 632-1718
abbysonly@hotmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil No. 11-CV-368 |
| | ) |
| CHERYL WADAS, WADAS LAW OFFIC] | ) |
| ABBY SHADAKOFSKY d/b/a PERSONAl | ) |
| COLLECTION SERVICE | ) |
| | ) |
| Defendants | ) |
| | ) |

## MOTION TO DISMISS

Abby Shadakofsky d/b/a Personal Collection Service request a MOTION TO DISMISS

all claims against her as Cheryl Wadas, Wadas Law Frim was granted a Summary Judgment

and all allegations against Abby Shadakofsky d/b/a Personal Collection Service are

based on claims against Wadas Law Firm and failed to arise out of agency theory.

_Abby Shadakofsky dba Personal Collection Service_
Abby Shadakofsky d/b/a Personal Collection Service      9/26/12

Case 2-11-CV-00368-ABJ

Certificate of Service

I certify the foregoing Defendant, Abby Shadakofsky dba Personal Collection Service's Motion & Order to Dismiss was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 27th day of September, 2012 and that copies were served as follows:

George James  
3422 Cribbon Ave  
Cheyenne, Wy. 82001          by mail

Cheryl Wadas  
Wadas Law Office  
601 E. 20th St  
Cheyenne, Wy 82001          by mail

Abby Shadakofsky  
Personal Collection Service