Abby Shadakofsky d/b/a
Personal Collection Service
1616 East 19th Street  Suite #6
P. O. Box 2202
Cheyenne, Wyoming 82003-2202
Phone (307) 632-1400
Fax    (307) 632-1718
abbysonly@hotmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| GEORGE JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civill No. 11-CV-368 J |
| | ) | |
| CHERYL WADAS, WADAS LAW OFFICE | ) | |
| ABBY SHADAKOFSKY d/b/a PERSONAL | ) | |
| COLLECTION SERVICE | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER**

MOTION TO DISMISS  granted this _____ day

of _____. 2012.



_____
United States District Judge