John M. Kuker
Elizabeth R. Hinz
Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY  82001
(307) 433-8777

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| GEORGE JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 11-CV-368J |
| CHERYL WADAS and WADAS LAW | ) | |
| OFFICE, and ABBY SHADAKOFSKY, | ) | |
| dba Personal Collection Service | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ABBY SHADAKOFSKY'S MOTION TO EXTEND TIME

**COMES NOW**, Abby Shadakofsky dba Personal Collection Service, by and through

their attorney, Romsa & Kuker, LLC, and hereby submits the following DEFENDANT ABBY

SHADAKOFSKY'S MOTION TO EXTEND TIME as follows:

1.      On October 3rd, 2012, this Court entered an Order allowing Defendant

Abby Shadakofsky time to file a supplemental brief on or before October 12, 2012.

2.      Defendant has recently retained Romsa & Kuker, LLC to represent her in this

matter.

3.      This litigation involves numerous pleadings and has had related litigation in State

-1-

Court.

    4.     Defendant's Counsel requests all parties be granted an additional five (5) day extension to review the pleadings and prepare a supplemental brief in support of Defendant's Motion to Dismiss, pursuant to F.R.C.P. 6(b).

    5.     Defendant's Counsel has conferred with Plaintiff and both parties stipulate to the extension of time.

    **WHEREFORE**, Defendant Abby Shadakofsky prays that this Court will allow the parties additional time.  Defendant proposes the following dates;

    1.     Defendant Abby Shadakofsky may file a memorandum or brief in support of her motion to dismiss on or before October 17th, 2012.

    2.     Plaintiff James may file his memorandum or brief in opposition to Defendant Shadakofsky's motion on or before October 24th, 2012.

    3.     The scheduled hearing for October 30th, 2012 at 8:30a.m. shall not be changed. Additionally, Defendant prays for such other and further relief as the Court deems just and equitable in the premises.

**DATED** this 12th  day of October, 2007.

ABBY SHADAKOFSKY dba Personal Collection
Service, *Defendant*

By: _____ /s/ Elizabeth R. Hinz _____
John M. Kuker; WY Bar No. 6-3452
Elizabeth R. Hinz; WY Bar No. 7-4826
Romsa & Kuker, LLC
2123 Pioneer Ave.
Cheyenne, WY 82001
(307)433-8777-Telephone
(307)433-9117-Fax
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing
**DEFENDANT'S MOTION FOR EXTENSION OF TIME** was served upon the following,
this 12th day of October, 2012, as follows:

George R. James                         [ √ ] U.S. MAIL
3422 Cribbon Avenue                     [   ] FED EX
Cheyenne, WY  82001                     [   ] FAX
(307)635-3119                           [   ] HAND DELIVERED


_____ /s/ Elizabeth R. Hinz _____
ROMSA & KUKER, LLC

-3-