# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, ) | |
|     PLAINTIFF ) | |
| vs. ) | |
| CHERYL WADAS; ) | |
| WADAS LAW OFFICE; ) | |
|     DEFENDANT ) | Case Number: 11-CV-368J |
| vs ) | |
| ABBY SHADAKOFSKY d/b/a/ ) | |
| PERSONAL COLLECTION SERVICE, ) | |
|     DEFENDANT ) | |

## NOTICE OF APPEAL

Notice is hereby given that GEORGE JAMES, Plaintiff in the above named case James vs. Wadas, et al, hereby appeal to the United States Court of Appeals for the Tenth Circuit from an Order Granting Defendants Cheryl Wadas and Wadas Law Office's Motion for Summary Judgment entered in this action on September 13, 2012.

Date: October 15, 2012

George James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
gjames1@gmail.com
307-635-3119