IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2012 OCT 26  AM 8 27
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| GEORGE JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-CV-368J |
| ) | |
| CHERYL WADAS and WADAS LAW ) | |
| OFFICE, and ABBY SHADAKOFSKY, dba ) | |
| Personal Collection Service, ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING MOTION FOR
RULE 54(b) CERTIFICATION AS MOOT**

The Court has entered a Final Judgment in the above captioned matter against all defendants. Accordingly, the plaintiff's request for a Rule 54(b) Certification is hereby **DENIED AS MOOT.**

Dated this 25th day of October 2012.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE