FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 OCT 26  AM 8 27

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-CV-368J |
| ) | |
| ) | |
| CHERYL WADAS and WADAS LAW ) | |
| OFFICE, and ABBY SHADAKOFSKY, dba ) | |
| Personal Collection Service, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

The Court has entered its separate "Order Granting Defendant Abby Shadakofsky's Motion to Dismiss, finding that judgment should be entered in favor of defendant, Abby Shadakofsky, dba Personal Collection Service. Judgment was earlier entered in favor of defendants Cheryl Wadas and Wadas Law Office. Accordingly, it is therefore

**ORDERED, ADJUDGED AND DECREED** that plaintiff George James recover nothing of the defendant, Abby Shadakofsky, dba Personal Collection Services, and that defendant recover her costs, pursuant to Fed. R. Civ. P. 54. **It is further**

**ORDERED, ADJUDGED AND DECREED** that plaintiff George James recover nothing of the defendants Cheryl Wadas and Wadas Law Office, and that defendants recover their costs, pursuant to Fed. R. Civ. P. 54.  **It is further**

**ORDERED, ADJUDGED AND DECREED** that this is a final judgment and resolves all claims asserted by plaintiff against all defendants in the above captioned action.

Dated this 25th day of October 2012.

*/s/ Alan B. Johnson*
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE