FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 OCT 26 PM 3 58

STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, ) | |
|     PLAINTIFF ) | |
| vs. ) | |
| CHERYL WADAS; ) | |
| WADAS LAW OFFICE; ) | |
|     DEFENDANT ) | Case Number: 11-CV-368J |
| vs ) | |
| ABBY SHADAKOFSKY d/b/a/ ) | |
| PERSONAL COLLECTION SERVICE, ) | |
|     DEFENDANT ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that GEORGE JAMES, Plaintiff in the above named case James vs. Wadas, et al, hereby appeal to the United States Court of Appeals for the Tenth Circuit from a Final Judgment entered in this action on October 26, 2012.

Date: October 26, 2012

George James
3422 Cribbon Avenue
Cheyenne, Wyoming 82001
gjames1@gmail.com
307-635-3119