FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 SEP 9 PM 4 22

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-CV-368J |
| ) | |
| CHERYL WADAS and WADAS LAW ) | |
| OFFICE, and ABBY SHADAKOFSKY, dba ) | |
| Personal Collection Service, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MANDATE

The United States Court of Appeals for the Tenth Circuit on July 31, 2013 issued its opinion and judgment affirming the judgment in favor of Cheryl Wadas and Wadas Law Office. The mandate was issued September 6, 2013. Pursuant to its mandate, it is therefore

**ORDERED** that the above captioned proceeding shall be, and is, **CLOSED AND TERMINATED ON THE DOCKET OF THIS COURT.**

Dated this 9th day of September 2013.

*/s/ Alan B. Johnson*
ALAN B. JOHNSON
UNITED STATES DISTRICT COURT